UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.:16-CV-80946-BLOOM/VALLE

JANET HOYT,

    Plaintiff,

vs.

FOUR GUYS JUPITER, LLC,
d/b/a FIVE GUYS BURGERS & FRIES,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT, by and through undersigned counsel, hereby files her Notice of Voluntary Dismissal of this Action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, FOUR GUYS JUPITER, LLC ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action **with prejudice** at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2.    This case shall be dismissed **with prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

Respectfully submitted this 29th day of June, 2016.

1

> BY:   /s/ Peter S. Leiner
> Jason S. Weiss
> Jason@jswlawyer.com
> Florida Bar No. 356890
> Peter S. Leiner
> Peter@jswlawyer.com
> Florida Bar No. 104527
> **WEISS LAW GROUP, P.A.**
> 5531 N. University Drive, Suite 103
> Coral Springs, FL 33067
> Tel: (954) 573-2800
> Fax: (954) 573-2798
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Gary A. Isaacs, Esq. at gai@fcohenlaw.com.

> BY: /s/ Peter S. Leiner
> Jason S. Weiss
> Jason@jswlawyer.com
> Florida Bar No. 356890
> Peter S. Leiner
> Peter@jswlawyer.com
> Florida Bar No. 104527