UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80946-BLOOM/Valle

JANET HOYT,

    Plaintiff,

v.

FOUR GUYS JUPITER, LLC,
d/b/a FIVE GUYS BURGERS & FRIES,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal of Claims with Prejudice, ECF No. [10]. The Court having considered Plaintiff's Notice of Voluntary Dismissal and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal, ECF No. [10], is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 29th day of June, 2016.

                                                          **BETH BLOOM**
                                                          **UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record